June 4, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

**BAKER HUGHES INCORPORATED, Appellant**

NO. 14-12-00534-CV                  V.

**ROBERT E. BROOKS, Appellee**

_____

       This cause, an appeal from the trial court's order in favor of appellee, Robert E. Brooks, signed May 29, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. We therefore order the trial court's order **AFFIRMED**.

       We order appellant Baker Hughes Incorporated to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.